Decided May 8, 2002

STATE OF CONNECTICUT *v.* TROY WESTBERRY

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 622 (AC 21734), is denied.

*Richard E. Condon, Jr.*, deputy assistant state's attorney, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 8, 2002